IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Joshua Lee Phillips, ) | C/A No.: 1:19-3533-TLW-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Officer Thomas Pattman; Officer ) | |
| Landry; Officer Cummings; Nurse ) | ORDER |
| Birchmoore; Nurse Takisha Smith; ) | |
| Nurse White; Mental Health ) | |
| Counselor Harris; Warden Michael ) | |
| Stephan; Deputy Warden Brandi ) | |
| Lathan; and Mental Health Doctor ) | |
| Taresa Torres, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on Defendant's motion [ECF No. 84] to depose Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B). It appearing to the court that Defendant's request is reasonable and proper, Defendant's motion is granted. Defendant is permitted to depose Plaintiff. As Plaintiff is confined in prison, and due to the continuing and evolving COVID-19 national public health emergency, Defendants are granted leave to take Plaintiff's deposition at the institution where he is housed at the time of the deposition, and to conduct this deposition utilizing a secure web-based deposition option or in the alternative video teleconferencing (VTC) services or telephonically to provide remote access for those parties, including the

deposing party, wishing to participate in the deposition via the internet and/or telephone.

    IT IS SO ORDERED.

*Shiva V. Hodges*

July 28, 2020  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge