AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Joshua Lee Phillips,<br>*Plaintiff*<br>v.<br>Correctional Officer Thomas Pattman; Correctional Officer Edward Landry; Correctional Officer Joseph Cummings; Nurse Duane Birchmore; Nurse White; Loretta Harris *Mental Health Counselor*; Warden Micheal Stephan; Deputy Warden Brandi Lathan; Mental Health Doctor Taresa Torres,<br>*Defendants.* | Civil Action No.     1:19-cv-03533-JD |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Joshua Lee Phillips, shall take nothing of the defendants, Correctional Officer Thomas Pattman, Correctional Officer Edward Landry, Correctional Officer Joseph Cummings, Nurse Duane Birchmore, Nurse White, Loretta Harris *Mental Health Counselor*, Warden Micheal Stephan, Deputy Warden Brandi Lathan and Mental Health Doctor Taresa Torres, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Joseph Dawson, III, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   August 6, 2021                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker

                                                                    *Signature of Clerk or Deputy Clerk*